IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01892-BNB

ANTONIO FLORES-MARTINEZ,

    Plaintiff,

v.

ET AL FCI, Federal Correctional Institution, Florence, Colorado,
WARDEN T. K. COZZA-RHODES,
OFFICER PRICE,
MEDICAL STAFF SANTINI, MD, Staff Physician, and
M. KELLAR, Administrator, Health Services,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Antonio Flores-Martinez, is a prisoner in the custody of the Federal Bureau of Prisons at the Federal Correctional Institution in Florence, Colorado. Mr. Flores-Martinez initiated this action by filing *pro se* a Prisoner Complaint. On July 18, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Flores-Martinez to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure if he wishes to pursue his claims in this action. Mr. Flores-Martinez was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

    On August 12, 2013, Mr. Flores-Martinez filed a document titled "Amended Complaint and Appointment of Counsel" (ECF No. 7) in which he requested appointment of counsel to assist him in filing an amended complaint. The document

titled "Amended Complaint and Appointment of Counsel" did not include any claims for relief. On August 14, 2013, Magistrate Judge Boland entered an Order (ECF No. 8) denying the request for appointment of counsel and granting Mr. Flores-Martinez an extension of time until September 16, 2013, to file an amended complaint.

On August 19, 2013, Mr. Flores-Martinez filed a document titled "Amended Complaint, Discrimination" (ECF No. 9) in which he requested an extension of time of six months to file an amended complaint. The document titled "Amended Complaint, Discrimination" did not include any claims for relief. On August 20, 2013, Magistrate Judge Boland entered a minute order denying the request for a six-month extension of time.

Mr. Flores-Martinez has failed to file an amended complaint within the time allowed. Therefore, the action will be dismissed without prejudice for failure to file an amended complaint that complies with the pleading requirements of Rule 8 as directed. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Flores-Martinez failed to file an amended complaint that complies with the pleading

requirements of Rule 8 as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  26th  day of   September  , 2013.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court