IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01892-LTB

ANTONIO FLORES-MARTINEZ,

    Plaintiff,

v.

ET AL FCI, Federal Correctional Institution, Florence, Colorado,
WARDEN T. K. COZZA-RHODES,
OFFICER PRICE,
MEDICAL STAFF SANTINI, MD, Staff Physician, and
M. KELLAR, Administrator, Health Services,

    Defendants.

---

# JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 26, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 26 day of September, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/T.Lee
                    Deputy Clerk